## UNITED STATES v. BITTEL, TEPEL & EILERS.

### (Circuit Court, S. D. New York. June 13, 1892.)

### No. 539.

CUSTOMS DUTIES—CLASSIFICATION—JAPANNED SKINS—UPPER LEATHER.

Japanned skins used for uppers are within the provision in paragraph 456, Tariff Act October 1, 1890, c. 1244, § 1, Schedule N, 26 Stat. 601, for "dressed upper leather, including * * * japanned leather," rather than under the provision in the same paragraph for "japanned calfskins," the latter provision being limited to japanned skins which are not upper leather.

On Application for Review of a Decision of the Board of United States General Appraisers.

Affirmed, 4 C. C. A. 680.

The decision of the Board of General Appraisers reversed the assessment of duty by the collector of customs at the port of New York on merchandise classified as "japanned calfskins," under paragraph 456, Tariff Act October 1, 1890, c. 1244, § 1, Schedule N, 26 Stat. 601, and claimed by the importers to be dutiable under the provision in the same paragraph for "dressed upper leather, including * * * japanned leather." This contention was sustained by the Board on the authority of a former decision. G. A. 272 (T. D. 10,719).

Thomas Greenwood, Asst. U. S. Atty.

Curie, Smith & Mackie (W. Wickham Smith, of counsel), for importers.

LACOMBE, Circuit Judge. I am inclined to the opinion that the words "japanned calfskins" in the section must be construed as meaning only such as are not upper leather, dressed or undressed. It appears from the finding of the Board that the article is commercially known as "patent leather," and is, in fact, an upper leather.

The decision of the Board of General Appraisers is affirmed.